# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 135 WAL 2016

Respondent

Petition for Allowance of Appeal from the Order of the Superior Court

v.

A.J.H.,

Petitioner

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.